# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. |
| ) | |
| PHARMA MEDICA RESEARCH, INC. ) | JURY TRIAL DEMANDED |
| and UNKNOWN PERSONS employed or ) | |
| contracted by Pharma Medica Research, ) | |
| Inc. ) | |
| Defendants. ) | |
| ) | |
| Serve Pharma Medica Research, Inc. at ) | |
| Spenserv- St. Louis, Inc. ) | |
| 1 North Brentwood Blvd, Tenth Floor ) | |
| St. Louis, MO 63105 ) | |

## COMPLAINT

COMES NOW the Plaintiff, Ian Wallace, by and through his undersigned counsel, and for his cause of action against Defendants, Pharma Medica Research, Inc. (hereinafter "PMR") and Unknown Persons employed or contracted by PMR, states as follows:

## PARTIES, JURISDICTION & VENUE

1. That the petitioner is a resident and citizen of Madison County, Illinois.

2. That PMR is a Canadian corporation headquartered in Mississauga, ON Canada. PMR maintains a registered agent located at 1 North Brentwood Blvd., 10th Floor, St. Louis, Missouri. Further, PMR at all times relevant hereto operated a "Screening Clinic" and "Phase I Clinic" at 400 Fountain Lakes Blvd., St. Charles, Missouri.

3. This action is of civil nature and the amount in controversy, excluding interest and costs, exceeds the sum specified by 28 U.S.C § 1332. Every issue of law and fact is wholly between

1

citizens of different states. Consequently, jurisdiction of this Court is proper.

4. Venue is proper under 28 U.S.C. § 1391(b)(2); (d) because Defendants are subject to personal jurisdiction of this Court, having research facilities, businesses, and/or office locations in Missouri, including St. Louis and St. Charles, Missouri.

## COUNT I
### (Ian Wallace v. PMR)

5. That Plaintiff, on or about March 23, 2016, through April 23, 2016, and again on or about June 10, 2016, through June 14, 2016, participated in a research studies at PMR's facility located in St. Charles, Missouri. During this study plaintiff was repeatedly required to submit blood samples for testing, with such samples drawn by defendant's unknown employees and/or contractors, acting within the course and scope of their employment or agency relationship with the PMR. The identities of those employees at this point are unknown but will be obtained in discovery.

6. That based on the above, PMR owed a duty to plaintiff and others similarly situated to draw blood samples in a safe and sanitary fashion with properly trained, qualified and supervised staff.

7. That in violation of the aforesaid duty the defendant committed one or more of the following negligent acts and/or omissions:

    (a)    Failed to properly train its employees and/or agents to perform blood extractions in a safe and sanitary fashion;

    (b)    Failed to properly screen its employees and/or agents to ascertain whether said employees and/or agents were qualified and properly trained to draw blood samples in a safe and sanitary fashion;

    (c)    Failed to properly supervise its employees and/or agents to insure that those employees and/or agents drew blood in a safe and sanitary fashion;

2

  (d) Failed to supply sufficient equipment to allow for the safe and sanitary drawing of blood samples;

  (e) Failed to properly clean and sterilize equipment used to draw blood samples;

  (f) Failed to properly screen its employees, and/or agents, and/or other participants in the study to determine whether such individuals were infected with contagious diseases;

  (g) Failed to properly dispose of unsanitary equipment used in the blood drawing process.

8. That as a direct and proximate result of the aforesaid, plaintiff contracted Hepatitis C during the blood drawing process.

9. That as a further and proximate result of the aforesaid, plaintiff has experienced and will continue to experience great pain and mental anguish. Plaintiff has incurred and will continue to incur medical bills to obtain treatment for his injuries. Plaintiff has lost income and will likely lose income in the future. Plaintiff's condition is such that it will require convalescent care in the future. Plaintiff has sustained loss of normal life.

WHEREFORE, Plaintiff prays for a judgment against the defendant for an amount in excess of $75,000.00 and for costs of this action.

## COUNT II
### (Ian Wallace v. Unknown Persons)

10. That Plaintiff, on or about March 23, 2016, through April 23, 2016, and again on or about June 10, 2016, through June 14, 2016, participated in a research studies at PMR's facility located in St. Charles, Missouri. During this study plaintiff was repeatedly required to submit blood samples for testing, with such samples drawn by defendant's unknown employees and/or contractors, acting within the course and scope of their employment or agency relationship with the PMR. The identities of these employees at this point are unknown but will be obtained in discovery.

11. That based on the above, each medical provider and personnel of PMR who had contact with Plaintiff owed a duty to Plaintiff and others similarly situated to draw blood samples in a safe and sanitary fashion with properly trained, qualified and supervised staff.

12. That in violation of the aforesaid duty the defendants committed one or more of the following negligent acts and/or omissions:

    (a)    Failed to properly perform blood extractions in a safe and sanitary fashion;

    (b)    Failed to properly clean and sterilize equipment used to draw blood samples;

    (c)    Failed to properly screen its other participants in the study to determine whether such individuals were infected with contagious diseases;

    (d)    Failed to properly dispose of unsanitary equipment used in the blood drawing process.

13. That as a direct and proximate result of the aforesaid, plaintiff contracted Hepatitis C during the blood drawing process.

14. That as a further and proximate result of the aforesaid, plaintiff has experienced and will continue to experience great pain and mental anguish. Plaintiff has incurred and will continue to incur medical bills to obtain treatment for his injuries. Plaintiff has lost income and will likely lose income in the future. Plaintiff's condition is such that it will require convalescent care in the future. Plaintiff has sustained loss of normal life.

WHEREFORE, Plaintiff prays for a judgment against the defendant for an amount in excess of $75,000.00 and for costs of this action.

**PLAINTIFF PRAYS FOR TRIAL BY JURY OF TWELVE.**

Respectfully Submitted,

**WENDLER LAW, P.C.**

By: */s/ Brian Wendler*
Brian M. Wendler #39151MO
Angie M. Zinzilieta #6322894IL
Paul Rademacher #6324529IL
900 Hillsboro, Suite 10
Edwardsville, IL 62025
Phone: (618) 692-0011
Fax:    (618) 692-0022

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Ian Wallace )
 )
 )
 )
Plaintiff, )
 )
v. ) Case No.
Pharma Medica )
Research, Inc. )
 )
Defendant, )
 )

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 03/12/2018          /s/ Paul Rademacher
                          Signature of Filing Party

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

Ian Wallace )
)
*Plaintiff* )
)
v. ) Civil Action No.
Pharma Medica Research, Inc )
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Registered Agent: Spenserv - St. Louis, Inc.
1 N. Brentwood Blvd., Tenth Floor
St. Louis, MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian M. Wendler,
Angie M. Zinzilieta
Paul Rademacher
Wendler Law, P.C.
900 Hillsboro, Suite 10
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*