UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IAN WALLACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CV-396 CAS ) |
| PHARMA MEDICA RESEARCH, INC., and UNKNOWN PERSONS employed or contracted by Pharma Medica Research, Inc., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on review of the file. By Memorandum and Order dated August 16, 2018 the Court granted Plaintiff Ian Wallace's ("Plaintiff") Motion to Compel Defendant Pharma Medica Research, Inc. to respond to certain of Plaintiff's Interrogatories and Requests for Production of Documents, for the purpose of ascertaining the identity and citizenship of the "Unknown Persons" defendants. (Doc. 15). The Court ordered Plaintiff to file an amended complaint by September 26, 2018 that alleged sufficient jurisdictional facts as to all defendants named therein, as the Court could not determine whether complete diversity of citizenship existed among the parties. The Memorandum and Order further stated, "Failure to comply timely and fully with this Order will result in dismissal of this action without prejudice for lack of subject matter jurisdiction." (Doc. 15 at 7). As of the date of this Order, Plaintiff has not filed an amended complaint or communicated otherwise responded to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED without prejudice** for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1332(a)(1).

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of October, 2018.